IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RICHARD GLENN CARLTON**,　　　　　　　　　　Civil No. 06-857-JE

　　　　　　Petitioner,

　　　　　　　　　　　　　　　　　　　　　　　　O R D E R

　　　v.

**JEAN HILL**,

　　　　　　Respondent.
_____

　　　Harrison Latto
　　　1631 NE Broadway, No. 533
　　　Portland, Oregon  97232

　　　　　Attorney for Petitioner

　　　Jonathan W. Diehl
　　　State of Oregon Department of Justice
　　　Criminal & Collateral Remedies
　　　1162 Court Street, NE
　　　Salem, Oregon  97301-4096

　　　　　Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on October 8, 2010. Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Jelderks.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Jelderks (#63) dated October 8, 2010 in its entirety.

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (#12) is DENIED. I decline to issue a Certificate of Appealability because petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

DATED this   6th   day of December, 2010.

                 /s/ Garr M. King
                       GARR M. KING
                   United States District Judge